## FAIRFIELD PLUMBING AND HEATING SUPPLY CORPORATION *v.* JEFFERSON A. SCINTO

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 903 (AC 19547), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Gregory M. Conte,* in support of the petition.

Decided February 15, 2001

## SALVATOR D. GIANNITTI *v.* EMBALMERS' SUPPLY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 904 (AC 19886), is denied.

*Anthony M. Modugno,* in support of the petition.

*Louis Ciccarello,* in opposition.

Decided February 15, 2001